

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2022

No. 04-22-00074-CV

**IN THE INTEREST OF P.Y.-R. A. AND P.R.W., CHILDREN**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02289
Honorable Kimberly Burley, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due on February 28, 2022. On that date, appellant filed a motion requesting an extension of time to file the brief until March 21, 2022.

After consideration, we **GRANT** the motion and **ORDER** appellant to file her brief **by March 21, 2022**. **Appellant is advised that further extensions of time will be disfavored**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court